UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-3005

_____

SOCIEDAD CONCESIONARIA METROPOLITANA DE SALUD S.A.,
Appellant

v.

WEBUILD S.P.A_____

(D.C. Civil No. 1:23-cv-01175)

_____

Present: CHAGARES, *Chief Judge*, HARDIMAN, SHWARTZ, KRAUSE,
RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-
REEVES, CHUNG, BOVE, MASCOTT and FISHER[*], *Circuit Judges*

_____

SUR PETITION FOR REHEARING
WITH SUGGESTION FOR REHEARING EN BANC

_____

The petition for rehearing filed by Appellee, Webuild S.P.A in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT:

s/ D. Michael Fisher
Circuit Judge

Dated: June 30, 2026
Lmr/cc: All Counsel of Record

_____

[*] Judge Fisher's vote is limited to panel rehearing only.