UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 24-3005

SOCIEDAD CONCESIONARIA METROPOLITANA DE SALUD S.A.,
Appellant

v.

WEBUILD S.P.A

(D.Del. No. 1:23-cv-01175)

Present: SHWARTZ, MATEY, and FISHER, *Circuit Judges*

1. Motion filed by Appellee Webuild S.P.A to stay mandate

2. Response filed by Appellant Sociedad Concesionaria Metropolitana de Salud S.A.

3. Reply by Appellee Webuild S.P.A..

Respectfully,
Clerk/lmr

_____ORDER_____
The foregoing motion is DENIED.

BY THE COURT:

s/ D. Michael Fisher
Circuit Judge

Dated: July 20, 2026
Tmm/cc: All Counsel of Record